| **Information to identify the case:** | |
|---|---|
| Debtor 1  **Anthony Auguiste** <br> First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx–xx–9147** <br> EIN  \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| Debtor 2 (Spouse, if filing) <br> First Name  Middle Name  Last Name | Social Security number or ITIN  \_ \_ \_ \_ <br> EIN  \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| United States Bankruptcy Court  **Eastern District of New York** <br> Case number:  **1–13–42416–ess** | Date case filed for chapter  **7**  **4/24/13** |

### NOTICE OF HEARING OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

TO THE CREDITORS AND PARTIES IN INTEREST

**Notice is hereby given that:**

The final report of the trustee in this case, as set forth in the attached notice, has been filed and a hearing will be held by the court on:

### April 3, 2018 at 09:30 AM
at
**United States Bankruptcy Court, 271–C Cadman Plaza East, Courtroom 3585 – 3rd Floor, Brooklyn, NY 11201–1800**

The hearing will be held for the purpose of examining the final report of the trustee, acting on applications for compensation, and transacting such other business as may properly come before the court. **ATTENDANCE BY THE DEBTOR(S) AND CREDITOR(S) IS WELCOMED BUT NOT REQUIRED.**

Dated: March 2, 2018

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLfmn.jsp** [Final Meeting Notice rev. 02/01/17]